# MEL S. HARRIS AND ASSOCIATES, LLC

| | | |
|---|---|---|
| MEL S. HARRIS<br>DAVID WALDMAN<br>ARTHUR SANDERS | ATTORNEYS AT LAW<br>5 HANOVER SQUARE, 8th FLOOR<br>NEW YORK, NY 10004<br>Tel: (212) 660-1050<br>Fax: (646)454-2104 | SCOTT WORTMAN<br>AMANDA PEREZ<br>HILARY KORMAN<br>ANNA WILTAMUTH<br>SPENCER T. McCORD |

March 29, 2011

**MEMO ENDORSED**



Hon. Lewis A. Kaplan
United States District Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Moses Weiss v. Capital Management Service, et al.
     Docket No. 10-8329 (LAK)(FM)

Dear Judge Kaplan:

Please be advised that this office represents the defendants in the above-captioned matter. Plaintiff's counsel have filed a motion for class certification and the purpose of this letter is to set forth a proposed briefing schedule with respect to that motion.

After discussion with counsel, we are proposing that defendants' time to respond to plaintiff's motion for class certification be set at April 12, 2011 and that plaintiff's time to reply be set at May 3, 2011.

Please advise this office whether the proposed briefing schedule is acceptable to the Court.

Sincerely,

MEL S. HARRIS & ASSOCIATES, LLC

By: Arthur Sanders

AS/dac

cc:  Tiffany Hardy, Esq. and Shimshon Wexler, Esq.

APR 01 2011

[Handwritten endorsement: The schedule is accepted, but counsel should not expect further extensions. Also, since the motion has been referred to Magistrate Judge Maas for R&R, copies of all papers should be sent to Judge Maas, not Judge Kaplan, in the first instance. /s/ 4/1/11]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/4/11]